# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124 Fax: (914) 948-5109

David E. Patton
*Executive Director
and Attorney-in-Chief*

MEMO ENDORSED

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

April 25, 2023

FILED ON PACER/DELIVERED TO COURT VIA EMAIL

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *United States v. Anthony Delosangeles*, 16 Cr. 634 (VOSR)

Dear Judge Karas,

Defense counsel is writing to request that Mr. Delosangeles' VOSR proceeding be continued from April 27, 2023 to any time after May 17, 2023.

By way of background, Mr. Delosangeles is scheduled to appear before this Court on April 27, 2023 to accept responsibility for the alleged supervised release violations contained in the pending specifications. Yesterday, defense counsel learned that Mr. Delosangeles is scheduled for a May 17, 2023 trial in state court on one of the pending specifications. As this Court knows, any admissions made in federal court can be used against him in state court. A brief adjournment to any date after May 17 will avoid this issue. Specifically, an adjournment will preserve Mr. Delosangeles' right against self-incrimination with regard to the state charges *and* allow him to allocute fully before this Court with regard to the pending supervised release specifications.

As such, Mr. Delosangeles requests an adjournment of his supervised release proceedings to any time after May 17, 2023. I have discussed this request with Assistant United States Attorney Ben Arad. He has no objection.

Granted. The next hearing will be 5/ 31 / 23, at 2:00

So Ordered.
4/25/23

Sincerely,

Rachel S. Martin

cc: AUSA Ben Arad (via e-mail)